IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND AROUND, INC., | Case No. 2:25-mc-00071-JNW |
| Plaintiff, | **DECLARATION OF REBECCA CANAMERO IN SUPPORT OF SOUND AROUND, INC.'S MOTION TO ENFORCE FOREIGN SUBPOENA ISSUED TO AMAZON.COM, INC.** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | **NOTED ON MOTION CALENDAR: NOVEMBER 11, 2025** |

I, Rebecca Canamero, am over the age of 18, have personal knowledge of the facts stated herein, and declare as follows:

1. I am an attorney of law at Holland & Knight duly licensed by the state of Florida and am admitted *pro hac vice* as counsel of record for Sound Around, Inc. ("Sound Around") in an action pending in the United States District Court for the Southern District of New York captioned *Sound Around, Inc. v. Friedman et al*, Case No. 1:24-cv-01986-DLC (the "New York Action"). The following facts are true to the best of my knowledge.

2. Sound Around served a Subpoena to Produce Documents (the "Subpoena") on Amazon in August 2024 to obtain this information. Attached hereto as **Exhibit A** is a true and correct copy of the Subpoena.

3. A true and correct copy of Amazon's objections is attached hereto as **Exhibit B**.

DECLARATION OF REBECCA CANAMERO IN
SUPPORT OF SOUND AROUND, INC.'S MOTION
TO ENFORCE FOREIGN SUBPOENA ISSUED TO
AMAZON.COM, INC. – PAGE 1

**HOLLAND & KNIGHT LLP**
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone:  503.243.2300

4.      Subsequently, counsel for Sound Around attempted to schedule a conference to address the objections, but Amazon deferred any conference until after the ruling on a motion to quash filed by the Defendants in the New York Action.  A true and correct copy of counsel's communication with Amazon's counsel between Sept. 3, 2024 and Sept. 26, 2025 is attached hereto as **Exhibit C**.

5.      After informing Amazon that the motion to quash had been denied with respect to the Subpoena, counsel for Sound Around conferred with Amazon's counsel regarding the requested information. *Id.* Amazon's counsel requested certain information relating to the Amazon accounts being sought (including the entities involved and their addresses and the individuals at Amazon who were in communication with Defendants).  Amazon, however, objected that the information should be obtained directly from Defendants.  *Id.*

6.      Sound Around continued to try to obtain information directly from Defendants relating to their Amazon accounts.  Subsequently, Sound Around's counsel once again sought information from Amazon, including through various phone calls and email exchanges over the past two months.

7.      Amazon initially asked for additional information relating to the entities involved, all of which was provided to Amazon, and then asked for payment of an invoice covering the cost of the production, which payment was submitted by Sound Around as well. When Amazon's production was finally received in early October, however, the entirety of the production consisted only of three Excel spreadsheets, none of which appear to be related to accounts belonging to any of the Defendants in this action. A true and correct copy of counsel's communication with Amazon between October 1, 2025 and October 20, 2025 is attached hereto as **Exhibit D**.

8.      Accordingly, Sound Around's counsel again conferred with Amazon's counsel regarding the deficient production and the narrow universe of documents being sought from Amazon.  *Id.*

///

DECLARATION OF REBECCA CANAMERO IN
SUPPORT OF SOUND AROUND, INC.'S MOTION
TO ENFORCE FOREIGN SUBPOENA ISSUED TO
AMAZON.COM, INC. – PAGE 2

**HOLLAND & KNIGHT LLP**
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone:  503.243.2300

9.     Amazon's counsel suggested that Amazon required yet additional information to locate the Vendor accounts at issue, and once again that information was provided by Sound Around's counsel. *Id.*; **Exhibit E**. A true and correct copy of counsel's communication with Amazon on October 2, 2025 is attached hereto as **Exhibit E**.

10.    Amazon's counsel explained on October 9, that it was "working to determine if the information provided is sufficient to identify vendor accounts." **Exhibit D**.

11.    Subsequently, Amazon's counsel requested additional information, relating to ASIN (product numbers) and vendor codes. *Id*. Once again, Sound Around's counsel provided the information requested. *Id*.

12.    Today, however, Amazon responded that after reviewing the Court's discovery orders relating to motions to compel between the parties in the New York Action, Amazon was objecting to the production of discovery as going beyond products and brands identified in the Complaint and thus stated that it "will not produce additional documents in response to plaintiff's document subpoena." *Id.*

13.    The cutoff deadline for discovery in the New York Action is October 31, 2025.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on October 21, 2025 in Miami, Florida.

*/s/Rebecca Canamero*

REBECCA CANAMERO

DECLARATION OF REBECCA CANAMERO IN SUPPORT OF SOUND AROUND, INC.'S MOTION TO ENFORCE FOREIGN SUBPOENA ISSUED TO AMAZON.COM, INC. – PAGE 3

**HOLLAND & KNIGHT LLP**
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone:  503.243.2300

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| SOUND AROUND, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:24-cv-01986-JHR |
| MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, et al., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    AMAZON.COM, INC.
c/o Registered Agent Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: Mail or email to Holland & Knight LLP, 787 7th Ave., 31st Floor, New York, NY 10019 Email: Annelise.DelRivero@hklaw.com | Date and Time: 09/04/2024 5:00 pm |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:        08/21/2024

| *CLERK OF COURT* | OR | |
|---|---|---|
| | | s/ Annelise Del Rivero |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  _____

SOUND AROUND, INC. _____ , who issues or requests this subpoena, are:

Annelise Del Rivero, 787 7th Ave., 31st Floor, New York, NY 10019, (305) 789-7579, Annelise.DelRivero@hklaw.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

Ex. A to Canamero Decl.
Page 1 of 6

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:24-cv-01986-JHR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Ex. A to Canamero Decl.
Page 3 of 6

## EXHIBIT A

## <u>DEFINITIONS AND INSTRUCTIONS</u>

The requests that follow are to be interpreted and answered with reference to the following definitions and instructions:

1.      These requests adopt the definitions provided in Local Civil Rule 26.3 of the United States District Courts for the Southern and Eastern Districts of New York.

2.      The terms "you" or "your" refer to Amazon.com, Inc.

3.      "Defendant" means any of the following: Moises Friedman, Lazer Ilowitz, ML Imports, Inc., Cyrf, Inc., LRI Group, LLC, World Group Import, LLC, Executive Laundry, LLC, Executive Services, MDF Marketing, Inc., Hefei Paidong Outdoor Products Co., Ltd., and, where applicable, their officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates.

4.      The term "Brands" means all trademarks and related means under which any Defendant sold or marketed, or offered to sell or market, their goods, products, or items, including, but not limited to, the following: Bakken, Bakken-Swiss, BakkenMaster, LifeMaster, HighMaster, RunMaster, ProMaster, TopMaster, and ScootKid.

5.      The term "Product" means all goods, products, or items that was, or was to be, sold by you pursuant to any agreement between you and any Defendant.  The term "Product" includes, but is not limited to, all goods, products, or items sold or marketed, or offered to be sold or marketed, under any of the Brands.

6.      These requests call for the production of all responsive documents and communications in your possession, custody or control, or in the possession, custody or control of your employees, predecessors, successors, parents, accountants, financial advisors,

representatives, and agents or other persons acting on your behalf, without regard to the physical location of such documents.

7.    All documents and communications are to be produced as they are kept in the usual course of business, including any labels, file markings, or similar identifying features, or shall be organized and labeled to correspond to the categories requested herein.

8.    Electronically stored information (ESI) must be produced in its original native format with its accompanying metadata as well as with corresponding load files containing the document's text and all available metadata.

9.    If there are no documents or communications in response to a particular request, you shall state so in writing.

10.    These requests are limited in time from January 2019 to present.

## REQUESTS FOR DOCUMENTS AND THINGS

1.    All communications between you and any Defendant prior to the execution of any and every agreement between you and the given Defendant.

2.    All communications between you and any Defendant concerning any and every agreement and/or contractual relationship between you and the given Defendant.

3.    All contracts, licenses, agreements, and other documents that describe the relationship between you and any Defendant.

4.    All contracts, licenses, agreements, and other documents concerning any of the Brands.

5.    All communications concerning the Brands and Products.

6.    Documents sufficient to show the identity of all Products, the amount sold of each Product, and the amount paid (or to be paid) by you for each Product.  These documents should include all documents that show how much you paid for the Products, to whom and where the payments were made, and the financial institution(s) that were used by the party receiving the payments from you to collect and receive the payments.

7.    All reports concerning the Products, including, but not limited to, sales statistics.

8.    Documents sufficient to show the flow of cash between you and any Defendant,

including, but not limited to, the identity of all financial institutions used by the given Defendant.

9.      Intellectual property infringement reports, customer complaints, and similar documents and communications you received from other people concerning suspected misconduct and issues regarding any Defendant, Brand, or Product.

10.     All communications concerning the suspected misconduct and issues discussed in request 9.

11.     A business records affidavit of all produced documents and communications pursuant to Federal Rules of Evidence 803(6)(D) and 902(11) so as to reduce the potential requirement for your custodian of records to personally present information in court.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOUND AROUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOISES FRIEDMAN, et al., <br><br> Defendants. | Proceedings in United States District Court for the Southern District of New York <br><br> Case No.: 1:24-cv-01986-JHR <br><br> **AMAZON'S OBJECTIONS TO SUBPOENA** <br><br> **DWT REF NO.: SUB1021445** |

Pursuant to the Federal Rules of Civil Procedure, Amazon.com, Inc. ("Amazon") objects to the Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Civil Action ("subpoena") from Plaintiff Sound Around, Inc. ("Plaintiff") in the above-referenced matter.  Please contact the undersigned to the extent that a meet and confer is necessary regarding any of these objections.

## I.      GENERAL OBJECTIONS

1.      **Improper Place of Compliance.**  Amazon objects to the subpoena as improper because the noted place of production (New York, New York) is not within 100 miles of where Amazon resides or regularly transacts business in person (Seattle, Washington) as required by federal law.  *See* Fed. R. Civ. P. 45(c)(2)(A); *see, e.g., Europlay Capital Advisors, LLC, et al. v. Does,* 323 F.R.D. 628, 629-30 (C.D. Cal. 2018); *Music Grp. Macao Commercial Offshore Ltd. v. Does,* 82 F. Supp. 3d 979, 982, 984 (N.D. Cal. 2015); *see also Adv. Comm. Notes to 2013*

AMAZON'S OBJECTIONS TO SUBPOENA - 1
4854-7337-0336v.1 0051461-001872

*Amend. to Rule 45* ("To protect local nonparties, local resolution of disputes about subpoenas is assured by the limitations of Rule 45(c) and the requirements in Rules 45(d) and (e) that motions be made in the court in which compliance is required under Rule 45(c)").

2.    **Failure to Reduce Burden on Nonparty.**  Amazon objects to the subpoena for failing to take reasonable efforts to reduce the burden and expense on nonparty Amazon.  First, Plaintiff seeks information from nonparty Amazon before the Court has ruled on Defendants' fully-briefed motion to dismiss the complaint (Dkt. No. 52), where the Court's forthcoming order may obviate the need for such discovery.  Second, Defendants have filed a motion to quash the subpoena (Dkt. No. 90).  Third, Amazon objects to this subpoena to the extent certain information sought is in the possession, custody, or control of the parties to the litigation.  *See* Fed. R. Civ. P. 45(d)(1); *see e.g., Rembrandt Patent Innovations v. Apple, Inc*., 2015 WL 4393581, at *2 (W.D. Tex. July 15, 2015) (holding subpoena issued to non-party is unduly burdensome "until and unless Plaintiffs can establish they are unable to obtain the requested information from the Defendant"); *In re Allergan,* 2016 WL 5922717, at *9 (C.D. Cal. Sept. 23, 2016) ("'Courts are particularly reluctant to require a non-party to provide discovery that can be produced by a party'" (citation omitted)); *Nidec Corp. v. Victor Co. of Japan,* 249 F.R.D. 575, 577 (N.D. Cal. 2007) ("There is simply no reason to burden nonparties when the documents sought are in possession of the party defendant."); *Moon v. SCP Pool Corp.,* 232 F.R.D. 633, 638 (C.D. Cal. 2005) ("[T]hese requests all pertain to defendant, who is a party, and, thus, plaintiffs can more easily and inexpensively obtain the documents from defendant, rather than from [the] nonparty") (citing *Dart Indus. Co. v. Westwood Chem. Co.,* 649 F.2d 646, 649 (9th Cir. 1980)); *Haworth, Inc. v. Herman Miller, Inc.,* 998 F.2d 975, 978 (Fed. Cir. 1993) (affirming denial of motion to compel production from nonparty, holding "the district court could properly require [defendant] to seek discovery from its party opponent before burdening the nonparty [] with [an] ancillary proceeding").

3.    **Privacy.**  Amazon objects to this subpoena on the grounds of privacy to the extent it seeks sensitive or confidential information, without making any showing that

AMAZON'S OBJECTIONS TO SUBPOENA - 2
4854-7337-0336v.1 0051461-001872

Ex. B to Canamero Decl.
Page 2 of 10

appropriate notice and authorization have been obtained to seek such information, or that there is a need for such information that would override state or federal privacy rights.

4.      **Overbroad and Unduly Burdensome.**  Amazon objects to the subpoena as overbroad and unduly burdensome.  *See* Fed. R. Civ. P. 26(b)(1).  In particular, the subpoena contains 10 overly broad requests for documents, including, but not limited to, "*[a]ll* communications between you and any Defendant prior to the execution of any and every agreement between you and the given Defendant," without making any showing that such broad demands cannot be reasonably narrowed.

5.      **Vague and Ambiguous.**  Amazon objects to the use of vague and ambiguous terms, phrases, and definitions in the subpoena, including, but not limited to, "Moises Friedman," "Lazer Ilowitz," "ML Imports, Inc.," "Cyrf, Inc.," "LRI Group, LLC," "World Group Import, LLC," "Executive Laundry, LLC," "Executive Services," "MDF Marketing, Inc.," "Hefei Paidong Outdoor Products Co., Ltd.," "Bakken," "Bakken-Swiss," "BakkenMaster," "LifeMaster," "HighMaster," "RunMaster," "ProMaster," "TopMaster," "ScootKid," "Product," and "reports," without providing clarifying definitions or sufficient information to identify exactly what is sought.

6.      **Failure to Limit Time Period.**  Amazon objects to the failure to reasonably limit the time period covered by the requests as unduly burdensome and overbroad, and seeking documents not kept and maintained in the ordinary course of business.

7.      **Improper Request for Confidential, Proprietary, or Trade Secret Information.**  Amazon objects to the subpoena to the extent it seeks documents containing confidential, proprietary, or trade secret information.  Amazon will not produce such sensitive information absent entry of an appropriate protective order, and expressly reserves all rights with respect to any protective order entered in the case pertaining to the production of information or documents containing any confidential, proprietary, or trade secret information.

8.      **Electronically Stored Information.**  Amazon objects to the subpoena to the extent it seeks production of electronically stored information from sources not reasonably

AMAZON'S OBJECTIONS TO SUBPOENA - 3
4854-7337-0336v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax
Ex. B to Canamero Decl.
Page 3 of 10

accessible (*e.g.*, legacy systems, backup media, temporary or ambient data, or data that would require engineering resources to extract), in light of the burdens or costs required to locate, restore, review, and produce whatever responsive information may be found.

9. **Privileged Information.**  Amazon objects to the subpoena to the extent it seeks information that is protected from disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege.

10. **Unreasonable Time for Compliance.**  Amazon objects to the demanded time of production, just eight business days after receipt of the subpoena by Amazon.  This short turn-around time is particularly unreasonable in light of the sensitive and personal information sought.

11. **Cost-Shifting to Account for Significant Time and Burden.**  Amazon objects to the subpoena to the extent it subjects nonparty Amazon to significant burdens and expenses associated with the collection and production of nonparty discovery.  To the extent Amazon agrees to any production, it may require an agreement to shift costs associated with any collection and production of information.  *See* Fed. R. Civ. P. 26(c) and 45(d)(2)B)(ii).

12. **Reservation of Rights.**  These objections apply to each request in the subpoena. Amazon reserves its right to supplement, amend, correct, or modify its responses herein.

**II.    SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

In addition to its general objections above, incorporated into each of the responses below, Amazon makes the following specific objections to the document requests.

**REQUEST 1**

All communications between you and any Defendant prior to the execution of any and every agreement between you and the given Defendant.

**RESPONSE TO REQUEST 1**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

AMAZON'S OBJECTIONS TO SUBPOENA - 4
4854-7337-0336v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax
Ex. B to Canamero Decl.
Page 4 of 10

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "Defendant," and "any and every agreement between you and the given Defendant," without providing clarifying definitions or additional information to explain what exactly is sought.

**REQUEST 2**

All communications between you and any Defendant concerning any and every agreement and/or contractual relationship between you and the given Defendant.

**RESPONSE TO REQUEST 2**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "Defendant," and "contractual relationship between you and the given Defendant," without providing clarifying definitions or additional information to explain what exactly is sought.

**REQUEST 3**

All contracts, licenses, agreements, and other documents that describe the relationship between you and any Defendant.

**RESPONSE TO REQUEST 3**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "other documents," and "the relationship between you and any Defendant," without providing clarifying definitions or additional information to explain what exactly is sought.

AMAZON'S OBJECTIONS TO SUBPOENA - 5
4854-7337-0336v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

**REQUEST 4**

All contracts, licenses, agreements, and other documents concerning any of the Brands.

**RESPONSE TO REQUEST 4**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "other documents," and "Brands," without providing clarifying definitions or additional information to explain what exactly is sought.

**REQUEST 5**

All communications concerning the Brands and Products.

**RESPONSE TO REQUEST 5**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "Brands," and "Products," without providing clarifying definitions or additional information to explain what exactly is sought.

**REQUEST 6**

Documents sufficient to show the identity of all Products, the amount sold of each Product, and the amount paid (or to be paid) by you for each Product.  These documents should include all documents that show how much you paid for the Products, to whom and where the payments were made, and the financial institution(s) that were used by the party receiving the payments from you to collect and receive the payments.

AMAZON'S OBJECTIONS TO SUBPOENA - 6
4854-7337-0336v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

**RESPONSE TO REQUEST 6**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "identity of all Products," without providing clarifying definitions or additional information to explain what exactly is sought.

**REQUEST 7**

All reports concerning the Products, including, but not limited to, sales statistics.

**RESPONSE TO REQUEST 7**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "reports," and "Products," without providing clarifying definitions or additional information to explain what exactly is sought.

**REQUEST 8**

Documents sufficient to show the flow of cash between you and any Defendant, including, but not limited to, the identity of all financial institutions used by the given Defendant.

**RESPONSE TO REQUEST 8**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "Defendant," without providing clarifying definitions or additional information to explain what exactly is sought.

AMAZON'S OBJECTIONS TO SUBPOENA - 7
4854-7337-0336v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

**REQUEST 9**

Intellectual property infringement reports, customer complaints, and similar documents and communications you received from other people concerning suspected misconduct and issues regarding any Defendant, Brand, or Product.

**RESPONSE TO REQUEST 9**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "similar documents and communications," "suspected misconduct and issues," and "Defendant, Brand, or Product," without providing clarifying definitions or additional information to explain what exactly is sought.

**REQUEST 10**

All communications concerning the suspected misconduct and issues discussed in request 9.

**RESPONSE TO REQUEST 10**

Amazon objects to the request as overbroad and unduly burdensome for failure to make any showing that such a broad demand is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See* Fed. R. Civ. P. 26(b)(1).

Amazon further objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "suspected misconduct and issues," without providing clarifying definitions or additional information to explain what exactly is sought.

AMAZON'S OBJECTIONS TO SUBPOENA - 8
4854-7337-0336v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

DATED this 3rd day of September, 2024.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon.com, Inc.


By: */s/ Deana D. Ahn*
Deana D. Ahn, WSBA #51528
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone: 206-757-8056
Email: deanaahn@dwt.com

AMAZON'S OBJECTIONS TO SUBPOENA - 9
4854-7337-0336v.1 0051461-001872

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I caused the foregoing document to be served by electronic mail upon the following:

Annelise Del Rivero
HOLLAND & KNIGHT LLP
annelise.delrivero@hklaw.com

DATED this 3rd day of September, 2024.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon.com, Inc.

By: */s/ Deana D. Ahn*
    Deana D. Ahn, WSBA #51528
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104
    Telephone: 206-757-8056
    Email: deanaahn@dwt.com

AMAZON'S OBJECTIONS TO SUBPOENA - 10
4854-7337-0336v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

Ex. B to Canamero Decl.
Page 10 of 10

## Norwalk, Jenifer J (MIA - X27644)

| | |
|---|---|
| **From:** | Canamero, Rebecca J (MIA - X27533) |
| **Sent:** | Friday, September 26, 2025 1:47 PM |
| **To:** | Ahn, Deana; Crawford, Donna |
| **Cc:** | Del Rivero, Annelise (MIA - X27589) |
| **Subject:** | RE: UPDATED INVOICE - RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al. |

Thank you, Deana.  Do you have an estimated date for production?  We have a hearing next week with the judge regarding discovery (which concludes in October) and would like to provide an update on all pending discovery.

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Thursday, September 25, 2025 11:49 AM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Subject:** RE: UPDATED INVOICE - RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Hi Rebecca:

We are currently preparing the data for production but have not yet received confirmation of payment. Could you please provide the check number or details regarding the wire transfer so we can follow up with Accounts Receivable? Thank you.

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Ahn, Deana
**Sent:** Tuesday, September 23, 2025 8:00 PM
**To:** 'Rebecca.Canamero@hklaw.com' <Rebecca.Canamero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>

1

**Cc:** Annelise.DelRivero@hklaw.com
**Subject:** RE: UPDATED INVOICE - RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

Hi Rebecca:

Thanks for following up. I'm checking with Amazon regarding status.

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056   **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Friday, September 19, 2025 9:10 AM
**To:** Crawford, Donna <DonnaCrawford@dwt.com>; Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com
**Subject:** RE: UPDATED INVOICE - RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Hi Deana and Donna,

I wanted to follow up to get a sense of when we can expect the production from Amazon.  I believe the invoice was paid as soon as we received it.

Thank you,

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Crawford, Donna <DonnaCrawford@dwt.com>
**Sent:** Monday, August 25, 2025 3:55 PM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Subject:** UPDATED INVOICE - RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Counsel,

Please see the attached updated invoice, W9, and wire instructions (if needed).

Ex. C to Canamero Decl.
Page 2 of 18

Thank you,

**Donna Crawford**
**Legal Assistant,** Davis Wright Tremaine LLP

**P** 206.757.8424  **E** donnacrawford@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Monday, August 25, 2025 10:43 AM
**To:** Crawford, Donna <DonnaCrawford@dwt.com>; Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com
**Subject:** RE: INVOICE - RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Deana and Donna,

I've updated the table below to include EIN numbers we located for three of the entities that were not in the prior version.  Can you update the proposed invoice as well?

| Name | DOB | SSN/TIN/EIN | Address |
|---|---|---|---|
| CYRF, Inc. | N/A | 81-4828814 | 8 Lemberg Ct Unit 407, Monroe, NY 10950 |
| Executive Laundry, LLC | N/A | 26-1496535 | 99 Toledo Street, East Farmingdale, NY 11735 |
| Executive Services | N/A | 82-3442028 | 99 Toledo Street, East Farmingdale, NY 11735 |
| Hefei Paidong Outdoor Products | N/A | | Room 705, Building 5, Guomao Tianyu Garden, No 618, Qianshannan Road Shushan District, Hefei Anhui 230061 CN |
| LRI Group, LLC | N/A | 85-0955142 | 1468 51st Street, Brooklyn, NY 11219 |
| MDF Marketing, Inc. | N/A | 83-3990971 | 66 Seven Springs Mountain Rd. Unit 202 Monroe, NY 10950 |
| ML Imports, Inc. | N/A | 32-06474201 | 51 Forest Rd. Suite 316-17, Monroe, NY 10950 |
| World Group Import, LLC | N/A | 93-2357854 | 1012 Marquez Place Suite 106-B, Santa Fe, NM 87505 |
| Moises Friedman | 5/15/1990 | xxx-xx-9154 | 66 Seven Springs Mountain Rd Unit 202, Monroe, NY 10950 |
| Shulim Eliezer Ilowitz | 10/16/1993 | xxx-xx-3865 | 1818 50th St Apt 1, Brooklyn, NY 11204 |

3

Ex. C to Canamero Decl.
Page 3 of 18

**Rebecca Canamero | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Crawford, Donna <DonnaCrawford@dwt.com>
**Sent:** Monday, August 25, 2025 1:30 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Subject:** INVOICE - RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Counsel,

Please see the attached invoice, W9, and wire instructions (if needed).

Thank you,

**Donna Crawford**
**Legal Assistant,** Davis Wright Tremaine LLP

**P** 206.757.8424  **E** donnacrawford@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Sunday, August 24, 2025 10:54 PM
**To:** Rebecca.Canamero@hklaw.com
**Cc:** Annelise.DelRivero@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

Thanks, Rebecca. We'll prepare an invoice for $525 to search for four EINs and 10 email addresses listed below.

Could you also provide a copy of the protective order in this case? We'll need that before we make any production. Thank you.

Best,
Deana

**Deana Ahn**    She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Friday, August 22, 2025 11:28 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>

4

Ex. C to Canamero Decl.
Page 4 of 18

**Cc:** Annelise.DelRivero@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

[EXTERNAL]

Hi Deana,

I believe this information was provided previously by my colleague, but I am resending below.  Please let me know if there is anything else you need to prepare the invoice. Thank you.

| Name | DOB | SSN/TIN/EIN | Address |
|---|---|---|---|
| CYRF, Inc. | N/A | | 8 Lemberg Ct Unit 407, Monroe, NY 10950 |
| Executive Laundry, LLC | N/A | 26-1496535 | 99 Toledo Street, East Farmingdale, NY 11735 |
| Executive Services | N/A | 82-3442028 | 99 Toledo Street, East Farmingdale, NY 11735 |
| Hefei Paidong Outdoor Products | N/A | | Room 705, Building 5, Guomao Tianyu Garden, No 618, Qianshannan Road Shushan District, Hefei Anhui 230061 CN |
| LRI Group, LLC | N/A | 85-0955142 | 1468 51st Street, Brooklyn, NY 11219 |
| MDF Marketing, Inc. | N/A | 83-3990971 | 66 Seven Springs Mountain Rd. Unit 202 Monroe, NY 10950 |
| ML Imports, Inc. | N/A | | 51 Forest Rd. Suite 316-17, Monroe, NY 10950 |
| World Group Import, LLC | N/A | | 1012 Marquez Place Suite 106-B, Santa Fe, NM 87505 |
| Moises Friedman | 5/15/1990 | xxx-xx-9154 | 66 Seven Springs Mountain Rd Unit 202, Monroe, NY 10950 |
| Shulim Eliezer Ilowitz | 10/16/1993 | xxx-xx-3865 | 1818 50th St Apt 1, Brooklyn, NY 11204 |

Finally, below are the email custodians you requested.

Defendants' email addresses:

moshef@pyleusa.com
sol@lifemasterusa.com
Lazeri@pyleusa.com
moshef@lifemasterusa.com
moshef@soundaroundusa.com
mdfmarketing1@gmail.com
lilowitz@gmail.com

Ex. C to Canamero Decl.
Page 5 of 18

Ilowitzm@gmail.com
mmilowitz@gmail.com
cs@bakkenswiss.com

Amazon email addresses:
raclevy@amazon.com
marskl@amazon.com
Junejasj@amazon.com

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Tuesday, August 19, 2025 4:59 PM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Hi Rebecca:

Thank you for following up.

If you're requesting seller account information as described below, please provide the full EINs and email addresses you'd like Amazon to search. Once we receive this information, we can prepare an invoice based on $37.50 per EINs or email address.

Please note, Amazon requires approximately four weeks to collect and produce the seller information, assuming there are fewer than 10 EINs and email addresses.

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Wednesday, August 13, 2025 10:28 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>

6

**Cc:** Annelise.DelRivero@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Hi Deana,

I am following up on my correspondence from last week regarding the subpoena served on Amazon in the underlying matter.  Can you provide an update on any efforts being taken by Amazon to collect the subpoenaed information.  I am happy to jump on a call as well at your convenience.

Thank you,

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Canamero, Rebecca J (MIA - X27533)
**Sent:** Monday, August 4, 2025 2:14 PM
**To:** deanaahn@dwt.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

Deana,

I am writing to follow up on the email correspondence below relating to the Subpoena served on Amazon in the below-referenced action.  As you mention in your prior email, the Subpoena seeks, among other things, sales data associated with defendants' seller and vendor central accounts and communications between Amazon and defendants.  Although your email suggests that the data can be obtained from Defendants and that production from Amazon would be duplicative, Defendants have not produced the requested data, despite Sound Around's repeated attempts to obtain such information directly from Defendants and the Court's direction to Defendants to produce this information.  As a result, we require production directly from Amazon.  I am happy to discuss further on a call if necessary and am available any time this afternoon or tomorrow morning.

Thank you,

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

Ex. C to Canamero Decl.
Page 7 of 18

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Monday, March 17, 2025 7:35 PM
**To:** Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Marinelli, Marisa (NYC - X73239) <Marisa.Marinelli@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Nicole:

<mark>Seller account information would include seller ID, seller name, legal name, email address, physical address, and basic financial information (bank / credit card tail, issuer / bank name, name on account, expiry date if applicable, billing address if available).</mark>

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Nicole.Alvarez@hklaw.com <Nicole.Alvarez@hklaw.com>
**Sent:** Monday, March 17, 2025 3:55 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Rebecca.Canamero@hklaw.com; Gabriel.Godoy-Dalmau@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>; Marisa.Marinelli@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Deana,

What information will the seller accounts show if we decide to pursue that option?

We will respond to the rest of the contentions in your email in due course.

Best,
Nicole

**Nicole Alvarez** | **Holland & Knight**
Associate
Phone 305.789.7601
nicole.alvarez@hklaw.com | www.hklaw.com

---

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Tuesday, March 11, 2025 2:17 PM

**To:** Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Nicole:

Thanks for following up. I've been able to confer with Amazon regarding plaintiff's subpoena and the additional information you provided below. We understand that plaintiff seeks sales data associated with defendants' seller accounts, communications between Amazon and defendants, and any complaints of customer confusion with respect to defendants' products.

Amazon stands on its objections as plaintiff's requests are cumulative, duplicative, and overly burdensome. To the extent information is available from a *party* to the litigation, the burden of production should not be shifted to *non-party* Amazon.  *See e.g., In re Allergan*, 2016 WL 5922717, at *9 (C.D. Cal. Sept. 23, 2016) ("'Courts are particularly reluctant to require a non-party to provide discovery that can be produced by a party'" (citation omitted)); *Nidec Corp. v. Victor Co. of Japan*, 249 F.R.D. 575, 577 (N.D. Cal. 2007) ("There is simply no reason to burden nonparties when the documents sought are in possession of the party defendant."); *Moon v. SCP Pool Corp*. 232 F.R.D. 633, 638 (C.D. Cal. 2005) ("[T]hese requests all pertain to defendant, who is a party, and, thus, plaintiffs can more easily and inexpensively obtain the documents from defendant, rather than from [the] nonparty") (citing *Dart Indus. Co. v. Westwood Chem. Co*., 649 F.2d 646, 649 (9th Cir. 1980))); *Haworth, Inc. v. Herman Miller, Inc*., 998 F.2d 975, 978 (Fed. Cir. 1993) (affirming denial of motion to compel production from nonparty, holding "the district court could properly require [defendant] to seek discovery from its party opponent before burdening the nonparty [] with [an] ancillary proceeding"); *Rembrandt Patent Innovations v. Apple, Inc*., 2015 WL 4393581, at *2 (W.D. Tex. July 15, 2015) (holding subpoena issued to non-party is unduly burdensome "until and unless Plaintiffs can establish they are unable to obtain the requested information from the Defendant").

Plaintiff should obtain the information sought directly from defendants. Defendants have the responsive information, available from defendants' own business records or via Seller Central portal Amazon Sign-In, and Rule 45 requires that plaintiff attempt to obtain materials directly from a party before imposing burdens on a non-party like Amazon. We understand that the parties are currently engaged in discovery and there has not been any motion to compel defendants for these documents. If defendants fail to comply with a court order compelling discovery, Amazon may be willing to step in to undertake a more burdensome search.

To the extent plaintiff is trying to identify defendants' seller accounts, Amazon could search by full EINs or email addresses. Generally, Amazon charges $37.50 per seller account but it's unclear how many accounts defendants have. Please let me know if this is something you'd like to pursue, and we can discuss a reasonable cost-shifting fee and timing of production.

Best,
Deana

**Deana Ahn**    She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

Ex. C to Canamero Decl.
Page 9 of 18

**From:** Nicole.Alvarez@hklaw.com <Nicole.Alvarez@hklaw.com>
**Sent:** Friday, February 21, 2025 8:34 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Rebecca.Canamero@hklaw.com; Gabriel.Godoy-Dalmau@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

[EXTERNAL]

Deana,

We are following up on the Sound Around document requests. Attached and below are the identifiers you requested.

First, the Excel files have as many product identifiers as we can find on Amazon's website that are associated with the brands noted in the subpoena. Based on what we know, we would expect there to be other, additional products.

Second, the following table shows the identifiers we currently have for the defendants.

| Name | DOB | SSN/TIN/EIN | Address |
|---|---|---|---|
| CYRF, Inc. | N/A | | 8 Lemberg Ct Unit 407, Monroe, NY 10950 |
| Executive Laundry, LLC | N/A | 26-1496535 | 99 Toledo Street, East Farmingdale, NY 11735 |
| Executive Services | N/A | 82-3442028 | 99 Toledo Street, East Farmingdale, NY 11735 |
| Hefei Paidong Outdoor Products | N/A | | Room 705, Building 5, Guomao Tianyu Garden, No 618, Qianshannan Road Shushan District, Hefei Anhui 230061 CN |
| LRI Group, LLC | N/A | 85-0955142 | 1468 51st Street, Brooklyn, NY 11219 |
| MDF Marketing, Inc. | N/A | 83-3990971 | 66 Seven Springs Mountain Rd. Unit 202 Monroe, NY 10950 |
| ML Imports, Inc. | N/A | | 51 Forest Rd. Suite 316-17, Monroe, NY 10950 |
| World Group Import, LLC | N/A | | 1012 Marquez Place Suite 106-B, Santa Fe, NM 87505 |
| Moises Friedman | 5/15/1990 | xxx-xx-9154 | 66 Seven Springs Mountain Rd Unit 202, Monroe, NY 10950 |
| Shulim Eliezer Ilowitz | 10/16/1993 | xxx-xx-3865 | 1818 50th St Apt 1, Brooklyn, NY 11204 |

Finally, below are the email custodians you requested.

    Defendants' email addresses:

Ex. C to Canamero Decl.
Page 10 of 18

moshef@pyleusa.com
sol@lifemasterusa.com
Lazeri@pyleusa.com
moshef@lifemasterusa.com
moshef@soundaroundusa.com
mdfmarketing1@gmail.com
lilowitz@gmail.com
Ilowitzm@gmail.com
mmilowitz@gmail.com
cs@bakkenswiss.com

Amazon email addresses:
raclevy@amazon.com
marskl@amazon.com
Junejasj@amazon.com

We are available to discuss this and any other items that might help you more efficiently process our document requests.

Thank you,

**Nicole Alvarez** | **Holland & Knight**
Associate
Phone 305.789.7601
nicole.alvarez@hklaw.com | www.hklaw.com

---

**From:** Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>
**Sent:** Wednesday, January 8, 2025 4:40 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

Thank you, Deana.  We will send an invite for Friday at 1:30 PT (4:30 ET).  Speak soon.

**Gabriel Godoy** | **Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7471 | Fax 305.789.7799
gabriel.godoy-dalmau@hklaw.com | www.hklaw.com

---

Add to address book | View professional biography

---

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Wednesday, January 8, 2025 4:36 PM
**To:** Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Canamero, Rebecca J (MIA - X27533)

<Rebecca.Canamero@hklaw.com>; Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Gabriel:

Thank you and happy new year to you as well.

I have availability on Friday (all Pacific time 9:30am-11:00am, 1:00-2:30pm) or next Monday (1:30-3:00pm Pacific). Please feel free to send me a calendar invite for a time that woks best for you. Thanks.

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Gabriel.Godoy-Dalmau@hklaw.com <Gabriel.Godoy-Dalmau@hklaw.com>
**Sent:** Tuesday, January 7, 2025 2:51 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Rebecca.Canamero@hklaw.com; Nicole.Alvarez@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Deana,

I hope you and your team had a nice holidays.  And happy new year.

We are following up on the below.  Please see attached for the Court's order on the motions to quash.  Consistent with our prior discussions and the Court's hearing transcript we previously circulated, the Court denied the motions with respect to the subpoena applicable to Amazon.

Please let us know when you are available to discuss the subpoena.  We are generally available this week.

Sincerely,
Gabriel

**Gabriel Godoy** | **Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7471 | Fax 305.789.7799
gabriel.godoy-dalmau@hklaw.com | www.hklaw.com

Add to address book | View professional biography

12

Ex. C to Canamero Decl.
Page 12 of 18

**From:** Godoy, Gabriel (MIA - X27471)
**Sent:** Friday, November 22, 2024 5:05 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

Deana,

Apologies. It looks like my email scrubbed the highlighting from the transcript. Please see attached for a highlighted version.

Thank you,
Gabriel

**Gabriel Godoy** | **Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7471 | Fax 305.789.7799
gabriel.godoy-dalmau@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Godoy, Gabriel (MIA - X27471)
**Sent:** Friday, November 22, 2024 5:02 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

Deana,

We had a hearing on this issue on November 6. Attached are relevant portions highlighted for ease of reference. The Judge indicated that Sound Around should discuss the subpoena directly with Amazon. We have a follow-up conference with the Judge on December 2, and therefore we hope that we can proceed with today's call so we can report back to the Court. We are happy to answer any questions you might have on the motion to quash or subpoena.

Thank you,
Gabriel

**Gabriel Godoy** | **Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7471 | Fax 305.789.7799
gabriel.godoy-dalmau@hklaw.com | www.hklaw.com

Add to address book | View professional biography

Ex. C to Canamero Decl.
Page 13 of 18

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Friday, November 22, 2024 4:55 PM
**To:** Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*

Nicole:

Defense counsel (Han Lin Rong and Megan Muoio) contacted me to inform that defendants' motion to quash the subpoena issued to Amazon is pending and will not be addressed by the magistrate judge until after the parties appear for a conference on December 2nd. Defense counsel represented that they would be communicating their objection for the scheduled meet and confer directly to you. Please let me know if there are any issues to discuss after the court's ruling on the motion to quash.

Best,
Deana

**Deana Ahn**    She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Ahn, Deana
**Sent:** Wednesday, November 20, 2024 12:39 PM
**To:** 'Nicole.Alvarez@hklaw.com' <Nicole.Alvarez@hklaw.com>
**Cc:** Annelise.DelRivero@hklaw.com; Gabriel.Godoy-Dalmau@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>; Rebecca.Canamero@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

Nicole:

Accepted, thank you.

**Deana Ahn**    She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Nicole.Alvarez@hklaw.com <Nicole.Alvarez@hklaw.com>
**Sent:** Wednesday, November 20, 2024 8:08 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Gabriel.Godoy-Dalmau@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>; Rebecca.Canamero@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Ex. C to Canamero Decl.
Page 14 of 18

Deana,

I'll send an invite for Friday at 5pm ET. Thanks.

Best,
Nicole

**Nicole Alvarez** | **Holland & Knight**
Associate
Phone 305.789.7601
nicole.alvarez@hklaw.com | www.hklaw.com

---

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Tuesday, November 19, 2024 6:47 PM
**To:** Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Nicole:

Unfortunately, that time slot got filled with another meeting. I'm still available at 10am PT tomorrow, or on Friday. Please let me know, thank you.

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Nicole.Alvarez@hklaw.com <Nicole.Alvarez@hklaw.com>
**Sent:** Tuesday, November 19, 2024 3:16 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Gabriel.Godoy-Dalmau@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>; Rebecca.Canamero@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Deana,

Great, thank you. I just sent an invite for tomorrow at 5pm ET.

Best,
Nicole

15

Ex. C to Canamero Decl.
Page 15 of 18

**Nicole Alvarez** | **Holland & Knight**
Associate
Phone 305.789.7601
nicole.alvarez@hklaw.com | www.hklaw.com

---

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Tuesday, November 19, 2024 12:57 PM
**To:** Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Nicole:

I could do tomorrow Wednesday at 10am PT / 1pm ET or at 2pm PT / 5pm ET. Please feel free to send me a calendar invite if either still works for you. Otherwise, Thursday isn't good for me but I have availability on Friday 2pm-3pm PT / 5-6pm ET.

Best,
Deana

**Deana Ahn**    She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Nicole.Alvarez@hklaw.com <Nicole.Alvarez@hklaw.com>
**Sent:** Monday, November 18, 2024 6:06 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Gabriel.Godoy-Dalmau@hklaw.com; Nan, Mindy <MindyNan@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Rebecca.Canamero@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Deana,

Apologies for the delay. Do you have availability Wednesday or Thursday? On Wednesday we are free from 11 am – 2 pm and 3:30 – 5:30 pm EST. We also have time on Thursday from 11 am – 12 pm and 3 – 5 pm EST. Thank you.

Best,
Nicole

**Nicole Alvarez** | **Holland & Knight**
Associate
Phone 305.789.7601
nicole.alvarez@hklaw.com | www.hklaw.com

16

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Tuesday, November 12, 2024 1:01 PM
**To:** Alvarez, Nicole S (MIA - X27601) <Nicole.Alvarez@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>; Nan, Mindy <MindyNan@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Nicole:

I have availability this Friday 11/15. My schedule is generally open 9-11am and 1-3pm (all times Pacific). Please feel free to send me a calendar invite if there is a good time within those ranges. If not, please suggest times for next Monday or Tuesday. Thank you.


Best,
Deana


**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**


**From:** Nicole.Alvarez@hklaw.com <Nicole.Alvarez@hklaw.com>
**Sent:** Tuesday, November 12, 2024 9:22 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Gabriel.Godoy-Dalmau@hklaw.com; Nan, Mindy <MindyNan@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Rebecca.Canamero@hklaw.com
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Deana,

Following up on the below. Please let us know your availability for a meet and confer this week regarding the objections. Thank you.

Best,
Nicole


**Nicole Alvarez** | **Holland & Knight**
Associate
Phone 305.789.7601
nicole.alvarez@hklaw.com | www.hklaw.com


**From:** Alvarez, Nicole S (MIA - X27601)
**Sent:** Thursday, November 7, 2024 5:09 PM
**To:** DeanaAhn@dwt.com
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Godoy, Gabriel (MIA - X27471) <Gabriel.Godoy-Dalmau@hklaw.com>; MindyNan@dwt.com; DonnaCrawford@dwt.com; Canamero, Rebecca J (MIA -

Ex. C to Canamero Decl.
Page 17 of 18

X27533) <Rebecca.Canamero@hklaw.com>
**Subject:** RE: RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

Deana,

We would like to set up a time next week to meet and confer regarding Amazon's objections to the subpoena. Can you please let us know your availability for next week? Thank you.

Best,
Nicole

**Nicole Alvarez** | **Holland & Knight**
Associate
Phone 305.789.7601
nicole.alvarez@hklaw.com | www.hklaw.com


**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Tuesday, September 3, 2024 6:26:15 PM
**To:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Cc:** Crawford, Donna <DonnaCrawford@dwt.com>; Nan, Mindy <MindyNan@dwt.com>
**Subject:** RESPONSE - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Counsel:

Please see attached objections on behalf of Amazon.com, Inc. in response to plaintiff's subpoena, dated August 21, 2024, in the above-referenced matter.

Best,
Deana



**Deana Ahn**   She/Her/Hers
**Attorney** | Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**   in X

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

Ex. C to Canamero Decl.
Page 18 of 18

## Norwalk, Jenifer J (MIA - X27644)

| | |
|---|---|
| **From:** | Ahn, Deana <DeanaAhn@dwt.com> |
| **Sent:** | Tuesday, October 21, 2025 12:05 AM |
| **To:** | Canamero, Rebecca J (MIA - X27533) |
| **Cc:** | Norwalk, Jenifer J (MIA - X27644); Howard, Jim; Day, Alon; Crawford, Donna |
| **Subject:** | RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al. |

*[External email]*
Hi Rebecca:

Thank you for your email.

As we understand it, plaintiff continues to seek from non-party Amazon (1) vendor agreements between Amazon and defendants, and (2) vendor transaction data for all products supplied by defendants, without any limitation, from 2022 onward. Earlier today, you provided what you believe to be defendants' vendor codes (LRIGV, LRIHS, LRIHV, LRIHZ), nine brands associated with defendants, and approximately 150 ASINs related to defendants' products, along with a courtesy copy of plaintiff's new subpoena seeking the deposition of Amazon's corporate representative this Thursday, October 23, 2025.

Upon reviewing the docket, the Court's prior orders (Dkt. Nos. 175 and 255) have clearly defined the scope of permissible discovery pursuant to Rule 26(b)(1), with limitations based on proportionality and relevance. Specifically, the Court has limited discovery to two brands identified in the complaint (Bakken-Swiss and LifeMaster) and 50 potentially competing products identified by defendants, with the relevant time period ending in February 2024. Our understanding is that defendants have already produced responsive data regarding these products, and any concerns regarding the sufficiency of defendants' productions should be addressed directly between the parties. Importantly, Rule 45 requires a good faith attempt to obtain responsive information directly from the parties before imposing undue burden on a non-party such as Amazon.

Furthermore, we note that plaintiff submitted a letter-motion on October 12th (Dkt. NO. 291), seeking a pre-motion discovery conference about, among other issues, the "Amazon Agreements." Defendants responded that plaintiff "has never articulated any basis for requesting [defendants] produce their Amazon agreements" (Dkt. No. 292 at 2). The Court has scheduled a telephonic pre-motion conference on these issues for this Wednesday, October 22nd (Dkt. No. 294).

Given these developments and the Court's limitations on the scope of discovery, Amazon continues to object to plaintiff's document requests as overly broad, duplicative, disproportionate, and inconsistent with the Court's prior rulings. Specifically, the Court has rejected any expansion of discovery beyond the identified brands and products. Plaintiff has not demonstrated a valid basis for seeking information outside the scope of discovery defined by the Court or beyond what has already been produced by defendants. Accordingly, Amazon will not produce additional documents in response to plaintiff's document subpoena. If plaintiff wishes to pursue this further, Rule 45 dictates that any motion to compel compliance must be filed in the Western District of Washington, where Amazon resides and conducts business. A subpoena can only compel compliance "within 100 miles of where the person resides, is employed, or regularly transacts business."  For Amazon, this is Seattle, Washington, where any data would also be collected.

Regarding plaintiff's deposition subpoena, we are checking the service status with Amazon's registered agent and will provide a written response once reviewed. It would be helpful to schedule a call to discuss the topics as they appear to relate to information that defendants are better positioned to provide directly or by a narrowed scope of

1

supplemental production or other less burdensome means. Please let us know if you'd like to schedule a call to discuss further.

Best,
Deana

**Deana Ahn**  She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Monday, October 20, 2025 8:05 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Jenifer.Norwalk@hklaw.com
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Deana,

Attached please find a spreadsheet containing ASINs for Defendants' brands/products. In addition, we have located the following vendor codes on emails from Defendants: LRIGV, LRIHS, LRIHV, and LRIHZ. Please let us know whether Amazon has located the accounts

Separately, attached is Subpoena that was served on Amazon. We plan to conduct the deposition via Zoom. We are happy to discuss alternative dates for the deposition that work for Amazon and you, but note that discovery closes on October 31.

Thank you,

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Tuesday, October 14, 2025 5:59 PM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com>
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Hi Rebecca:

2

I just circulated a Teams invite for 6pm Eastern. I'll hop on shortly.

Best,
Deana

**Deana Ahn**  She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Tuesday, October 14, 2025 1:59 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>; Jesus.Cuza@hklaw.com
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Hi Deana,

Yes, with regard to the vendor accounts, we require the sales data for all products sold by those accounts from 2022 forward.  If it would assist you, we can send you a spreadsheet of ASINs we have identified as belonging to those accounts (although it does not likely include all products that have been sold).  As far as the letter the Court, our intent is to inform the Court that we have been conversing with Amazon in an effort to obtain the information necessary without the need for Court intervention and the filing of a motion to compel.  Given that our discovery period closes on October 31, however, we are operating under a tight time frame to seek any relief from the Court.

We are available for a call today to discuss further.  Would 6 pm EST work on your end?

**Rebecca Canamero | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Tuesday, October 14, 2025 12:49 PM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com>
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Hi Rebecca:

I'm confirming that there is no seller account associated with the information recently provided.

I'm still looking into the vendor issue. If Amazon is able to identify any vendor accounts, could you please confirm whether plaintiff is seeking sales data (i.e., transactions between Amazon and vendor) for the period from May 2022? Additionally, is plaintiff able to specify relevant ASINs?

Regarding the letter to the Court, are you referring to a status letter?

I'm available for a call this afternoon at 1:30pm Pacific or later. Please feel free to send me a calendar invite. Thanks.

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Tuesday, October 14, 2025 4:14 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>; Jesus.Cuza@hklaw.com
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Deana,

Thank you.  We believe that information should be sufficient to identify the accounts and the information requested.  To clarify, we have attempted to obtain this information from Defendants for some time, but it has never been produced.  The Court has not entered any order directed at Amazon.  As we mentioned during the call, she has, in other contexts (e.g., financial statements), directed the parties to obtain information from non-parties where not produced by the opposing party.

Please let us know if Amazon has been able to identify the accounts and pull the information requested.  In addition, are you available for a call today to discuss?  Finally, we will be filing a letter with the Court today regarding pending nonparty productions.  We will forward that to you when filed as well.

Thank you,

**Rebecca Canamero | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Ex. D to Canamero Decl.
Page 4 of 8

Add to address book | View professional biography

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Thursday, October 9, 2025 1:05 AM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Rebecca:

I'm working to determine if the information provided is sufficient to identify vendor accounts. I'll let you know when I have more information.

As I mentioned on our most recent call, defendants should have access to their own vendor and seller account data. I believe you indicated that plaintiff had moved to compel defendants, but that the Court directed obtaining responsive data from non-party Amazon instead. Could you please provide copies of any orders reflecting this directive?

Best,
Deana

**Deana Ahn**    She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Monday, October 6, 2025 12:39 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

[EXTERNAL]

Deana,

Can we schedule a call tomorrow to discuss the vendor accounts?

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

Ex. D to Canamero Decl.
Page 5 of 8

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Wednesday, October 1, 2025 11:08 PM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*

Hi Rebecca:

Sorry I missed your call. I could do tomorrow (Thursday 10/2) at 9:30am, 3:00pm, or later Pacific time. Please let me know what would work for you. Thanks.

Best,
Deana

**Deana Ahn**    She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Wednesday, October 1, 2025 1:12 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Hi Deana,

I just tried you are your office line.  Do you have time for a call this afternoon or tomorrow morning?

**Rebecca Canamero | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Wednesday, October 1, 2025 1:16 PM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*

6

Hi Rebecca:

Thank you for confirming.

Amazon was able to locate three seller accounts. Please see attached production (AMZN_0001-0003). I'll provide the password to access the production in a separate email. Please let me know if you have any questions.

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Wednesday, October 1, 2025 10:11 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Annelise.DelRivero@hklaw.com; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** RE: PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

**[EXTERNAL]**

Hi Deana,

Yes the Protective Order applies to all nonparty productions as well.

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Sent:** Wednesday, October 1, 2025 1:09 PM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>; Crawford, Donna <DonnaCrawford@dwt.com>
**Subject:** PRODUCTION - SUB1021445 Sound Around, Inc. v. Moises Friedman, et al.

*[External email]*
Hi Rebecca:

We are preparing Amazon's production in this matter. While the Protective Order (attached) does not explicitly address non-party productions, we believe its intent to protect such materials is clear.

Ex. D to Canamero Decl.
Page 7 of 8

That said, we would need a written confirmation that Amazon's production will be covered under the Protective Order and will be treated accordingly before proceeding.

Please let me know. Thank you.

Best,
Deana



**Deana Ahn**    She/Her/Hers
**Attorney |** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**   in

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

Ex. D to Canamero Decl.
Page 8 of 8

**Norwalk, Jenifer J (MIA - X27644)**

| | |
|---|---|
| **From:** | Canamero, Rebecca J (MIA - X27533) |
| **Sent:** | Thursday, October 2, 2025 1:34 PM |
| **To:** | Ahn, Deana |
| **Cc:** | Del Rivero, Annelise (MIA - X27589); Ibarra, Massiel (MIA - X27545) |
| **Subject:** | Amazon |

**Accounts:**

Deana,

As discussed, please see the information below (some of which is included in prior emails) that should be sufficient to identify the accounts at issue.

**Accounts:**

Vendor Central Account – Vendor Name: LRI Group LLC (EIN 85-0955142) Address on account 51 Forest Road, Suite 316, Monroe, NY 10950 (also referred to in emails as "LRI Group, LLC-FCA CNNBO"
Vendor Central Account – World Group Imports LLC (93-2357854)
Seller Central Account – Cyrf Inc (EIN 81-4828814)

Note that we do have reference to Payee Codes or other codes in emails from Amazon that may be helpful:
**Payee Code:** Y64W2
**Other identifying numbers**: LRIGV

**Email addresses used in communicating with Amazon**:

moshef@lifemasterusa.com
sol@lifemasterusa.com
lilowitz@gmail.com

**Individuals at Amazon with whom they are communicating:**

tomamike@amazon.com
ssudasub@amazon.com
ramkmap@amazon.com
raclevy@amazon.com
junejasj@amazon.com
marskl@amazon.com

**Brands**:

BakkenMaster
Bakken-Swiss
Lifemaster
Highmaster
Runmaster

1

Ex. E to Canamero Decl.
Page 1 of 2

Promaster
TopMaster
Campior
Outdoor Cruiser
Emporio Kitchen
Dribbl
Dave and Diana

We will touch base with you on Monday if we have not heard from you before then.

Thank you,

**Rebecca Canamero** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

Ex. E to Canamero Decl.
Page 2 of 2