HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND AROUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOISES FRIEDMAN, et al., <br><br> Defendants. | Case No.: 2:25-mc-00071-JNW <br><br> **STIPULATED MOTION AND ORDER RENOTING SOUND AROUND, INC.'S MOTION TO ENFORCE FOREIGN SUBPOENA ISSUED TO AMAZON.COM, INC. AND EXTENDING DEADLINES TO FILE OPPOSITION AND REPLY** <br><br> NOTE ON MOTION CALENDAR: November 4, 2025 <br><br> Underlying Case: *Sound Around, Inc. v. Moises Friedman, et al.,* Case No. 1:24-cv-01986-DLC (S.D.N.Y.) |

STIPULATED MOTION TO RENOTE AND EXTEND DEADLINES - 1
Case No. 2:25-mc-00071-JNW

Davis Wright Tremaine LLP
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Sound Around, Inc. ("Sound Around") and Amazon.com, Inc. ("Amazon") hereby submit the following stipulation regarding the noting date for Sound Around's Motion to Enforce Foreign Subpoena Issued to Amazon ("Motion") [Dkt. 1] and the deadlines for Amazon to file an opposition and for Sound Around to file a reply:

1. On October 21, 2025, Sound Around filed its Motion [Dkt. 1] with a noting date of November 11, 2025. Pursuant to Local Civil Rule 7(d), the Docket indicates a noting date of November 12, 2025.

2. Pursuant to Local Civil Rule 7(d)(3), Amazon's deadline to file an opposition to the Motion is "no later than 15 days after the filing date of the motion," and Sound Around's deadline to file a reply to the Motion is "no later than 21 days after the filing date of the motion."

3. Accordingly, Amazon's opposition is due November 5, 2025, and Sound Around's reply is due November 12, 2025.

4. Sound Around and Amazon have been negotiating to resolve the issues raised in the Motion.

5. Pursuant to Local Civil Rule 7(l), Sound Around and Amazon have agreed to renote the noting date on the Motion to December 19, 2025.

6. Pursuant to Local Civil Rule 7(j), Sound Around and Amazon seek relief from deadlines to extend Amazon's deadline to file its opposition to December 12, 2025 and Sound Around's deadline to file its reply to December 19, 2025.

STIPULATED MOTION TO RENOTE AND EXTEND DEADLINES - 2
Case No. 2:25-mc-00071-JNW

Davis Wright Tremaine LLP
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Stipulated to and respectfully submitted this 4th day of November, 2025, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon.com, Inc.*


By */s/ James E. Howard*
James E. Howard, WSBA No. 37259
Deana D. Ahn, WSBA No. 51528
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610
Telephone:  (206) 757-8336
Facsimile:  (206) 757-7336
jimhoward@dwt.com
deanaahn@dwt.com


*Approved and Agreed to by:*

HOLLAND & KNIGHT LLP
*Attorneys for Sound Around, Inc.*


By */s/ Kristin Asai*
Kristin Asai, WSBA No. 49511
701 Fifth Ave., Suite 4700
Seattle, WA 98104
Telephone:  (503) 243-2300
Facsimile:  (503) 241-8014
kristin.asai@hklaw.com


*I certify that this memorandum contains 236 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO RENOTE AND EXTEND DEADLINES - 3
Case No. 2:25-mc-00071-JNW

Davis Wright Tremaine LLP
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

The Court GRANTS the stipulated motion. The Clerk of the Court is directed to RENOTE Sound Around, Inc.'s Motion to Enforce Foreign Subpoena Issued to Amazon.com, Inc. ("Motion") (Dkt. 1) for consideration on December 19, 2025. Amazon.com, Inc.'s deadline to file an opposition to the Motion is HEREBY EXTENDED to December 12, 2025, and Sound Around, Inc.'s deadline to file a reply to the Motion is HEREBY EXTENDED to December 19, 2025.

It is so ordered.

DATED: November 12, 2025

_____
Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO RENOTE AND EXTEND DEADLINES - 4
Case No. 2:25-mc-00071-JNW

Davis Wright Tremaine LLP
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax