on
HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOUND AROUND, INC.,

Plaintiff,

v.

MOISES FRIEDMAN, et al.,

Defendants.

Case No. 2:25-mc-00071-JNW

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER RENOTING SOUND AROUND, INC.'S MOTION TO ENFORCE FOREIGN SUBPOENA ISSUED TO AMAZON.COM, INC. AND EXTENDING DEADLINES TO FILE OPPOSITION AND REPLY**

NOTE ON MOTION CALENDAR: December 11, 2025

Underlying Case: *Sound Around, Inc. v. Moises Friedman, et al.,* Case No. 1:24-cv-01986-DLC (S.D.N.Y.)

Davis Wright Tremaine LLP
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Sound Around, Inc. ("Sound Around") and Amazon.com, Inc. ("Amazon") (together, the "parties") hereby submit this stipulated motion regarding the noting date for Sound Around's Motion to Enforce Foreign Subpoena Issued to Amazon (the "Motion") [Dkt. 1] and the deadlines for Amazon's opposition and Sound Around's reply:

## I. Procedural History

1. On October 21, 2025, Sound Around filed the Motion [Dkt. 1].

2. On November 4, 2025, Amazon filed a Stipulated Motion Renoting the Motion and Extending Deadlines to File Opposition and Reply (the "Stipulated Motion") [Dkt. 4].

3. On November 12, 2025, the Court granted the Stipulated Motion [Dkt. 5].

4. Under the current briefing schedule, Amazon's deadline to file an opposition is December 12, 2025, and Sound Around's deadline to file a reply is December 19, 2025.

## II. Progress Toward Resolution

5. The parties have been actively negotiating to resolve the issues raised in the Motion. Amazon has made supplemental productions in response to the narrowed scope, and the parties believe that they are close to reaching a full resolution.

6. The parties seek a further extension to allow Amazon sufficient time to complete its production, and Sound Around sufficient time to review the production.

## III. Requested Relief

7. Pursuant to Local Civil Rule 7(l), the parties agree to renote the Motion to January 23, 2026.

8. Pursuant to Local Civil Rule 7(j), the parties seek the following relief from the current deadlines:

- Amazon's deadline to file its opposition extended to January 16, 2026.
- Sound Around's deadline to file its reply extended to January 23, 2026.

Davis Wright Tremaine LLP
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Stipulated to and respectfully submitted this 11th day of December, 2025, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon.com, Inc.*

By */s/ James E. Howard*
James E. Howard, WSBA No. 37259
Deana D. Ahn, WSBA No. 51528
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8336
Facsimile: (206) 757-7336
jimhoward@dwt.com
deanaahn@dwt.com

*Approved and Agreed to by:*

HOLLAND & KNIGHT LLP
*Attorneys for Sound Around, Inc.*

By */s/ Kristin Asai*
Kristin Asai, WSBA No. 49511
701 Fifth Ave., Suite 4700
Seattle, WA 98104
Telephone: (503) 243-2300
Facsimile: (503) 241-8014
kristin.asai@hklaw.com

*I certify that this memorandum contains 257 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO RENOTE AND EXTEND DEADLINES - 3
Case No. 2:25-mc-00071-JNW

Davis Wright Tremaine LLP
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

The Court GRANTS the stipulated motion. The Clerk of the Court is directed to RENOTE Sound Around, Inc.'s Motion to Enforce Foreign Subpoena Issued to Amazon.com, Inc. ("Motion") (Dkt. 1) for consideration on January 23, 2026. Amazon.com, Inc.'s deadline to file an opposition to the Motion is HEREBY EXTENDED to January 16, 2026, and Sound Around, Inc.'s deadline to file a reply to the Motion is HEREBY EXTENDED to January 23, 2026.

It is so ordered.

DATED: December 12, 2025

Jamal N. Whitehead
United States District Judge

Davis Wright Tremaine LLP
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax